1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11  STEVEN DEAN PARKS,                                1:10-cv-00829 SKO (HC)

12              Petitioner,                           ORDER GRANTING MOTION
                                                      TO PROCEED IN FORMA PAUPERIS
13       vs.
                                                      (DOCUMENT #2)
14  STATE OF CALIFORNIA,

15              Respondent.
    _____/
16

17       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2254.

19       Petitioner has filed a motion to proceed in forma pauperis and a copy of petitioner's prison

20  trust account statement.   Examination of these documents reveals that petitioner is unable to afford

21  the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.  See

22  28 U.S.C. § 1915.

23  IT IS SO ORDERED.

24  **Dated:    May 18, 2010**                 _____/s/ Sheila K. Oberto_____
                                               UNITED STATES MAGISTRATE JUDGE
25
26
27
28